No. 727. PRIVATE BRANDS, INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Archibald Palmer* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 729. CITY OF CHICAGO ET AL. *v.* THIELE ET AL., DOING BUSINESS AS TWIN TOWERS COMMISSARY. Supreme Court of Illinois. Certiorari denied. *John C. Melaniphy* and *Sydney R. Drebin* for petitioners. *Sidney M. Davis* for respondents.

No. 731. WAGS TRANSPORTATION SYSTEM, INC., ET AL. *v.* PREVATT, ANCILLARY ADMINISTRATOR, ET AL. Supreme Court of Florida. Certiorari denied. *Thomas H. Barkdull, Jr.* for petitioners. *Carl T. Hoffman, G. Kenneth Kemper* and *Wyatt Johnson* for respondents.

No. 732. UNITED STATES EX REL. WISCONSIN *v.* FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION ET AL. C. A. 7th Cir. Certiorari denied. *Stewart G. Honeck,* Attorney General of Wisconsin, *John D. Winner,* Deputy Attorney General, and *Roy G. Tulane,* Assistant Attorney General, for petitioner. *Solicitor General Rankin* and *Morton Hollander* for the Federal Home Loan Bank Board, respondent.

No. 737. SHERMAN *v.* SHERMAN ET AL. Surrogate's Court, County of New York, New York. Certiorari denied. *Samuel A. Spiegel* for petitioner. *Abraham N. Davis* for Sherman, and *Samuel Ecker* for Siegel, respondents.